UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

UNITED STATES OF AMERICA

    vs.                                                                         CASE NO. 0:25-505

JOHAN ANTONIO GONZALES-JIMENEZ

**PLEA**

The Defendant, JOHAN ANTONIO GONZALES-JIMENEZ, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

                                                                    _Johan Gonzalez Jimenez_
                                                                    (Signed)    Defendant

Columbia, South Carolina
April 21, 2025